John T. Johnson, Cal. Bar No. 281609
jjohnson@fr.com
Jeffrey C. Mok (*pro hac vice* forthcoming)
jmok@fr.com
Fish & Richardson P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Phone: (213) 533-4240 • Fax: (858) 678-5099

Attorney for Defendant Skyhorse Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TC Reiner, an individual, | Case No. 2:18-cv-00243-DSF (JPRx) |
|---|---|
| Plaintiff, | **DEFENDANT SKYHORSE NOTICE OF MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| v. | |
| Robert Eringer, an individual, and Skyhorse Publishing, Inc., a Delaware corporation | Date: May 20, 2019<br>Time: 1:30 p.m.<br>Judge: Hon. Dale S. Fischer<br>Courtroom: 7D |
| Defendants. | Pre-Trial Conference: May 6, 2019<br>Time: 3:00 p.m.<br>Trial Date: June 4, 2019<br>Time: 8:30 a.m.<br>Courtroom: First Street Courthouse – Room 7D<br>Judge: Hon. Judge Dale S. Fischer |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that Defendant Skyhorse Publishing, Inc.'s ("Skyhorse") Motion to Enforce Settlement Agreement, under the Local Rules L.R. 7-3 and 7-4, would be heard on May 20, 2019 at 1:30 p.m., but counsel for Plaintiff and Defendant Skyhorse stipulate and will make a joint request, subject to Court approval, that this matter be taken up at the pre-trial hearing on May 6, 2019 at 3:00 p.m., in Courtroom 7D, First Street Courthouse, 350 West 1st Street, Los Angeles, California.  The parties will propose in a separate paper an abbreviated briefing schedule, subject to Court approval.

    This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place over time, starting on April 10 and completing earlier this week.

    This motion is based on the concurrently filed memorandum of points and authorities, a supporting declaration and accompanying exhibits, and upon such other evidence as may be submitted at or before the hearing on the motion.

Dated:  April 19, 2019        Fish & Richardson P.C.

        By: */s/ John T. Johnson*
            John T. Johnson
            jjohnson@fr.com
            Jeffrey C. Mok (*pro hac vice* forthcoming)
            jmok@fr.com
            Fish & Richardson P.C.
            633 West Fifth Street, 26th Floor
            Los Angeles, CA 90071
            Phone: (213) 533-4240
            Fax: (858) 678-5099
        *Attorney for Defendant Skyhorse Publishing, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 19, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ John T. Johnson*
John T. Johnson
jjohnson@fr.com