John T. Johnson, Cal. Bar No. 281609
jjohnson@fr.com
Fish & Richardson P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Phone: (213) 533-4240 • Fax: (858) 678-5099

Jeffrey C. Mok (admitted *pro hac vice*)
jmok@fr.com
Fish & Richardson P.C.
601 Lexington Ave., 52nd Floor
New York, NY 10022
Phone: (212) 765-5070 • Fax: (212) 258-2291

Attorneys for Defendant Skyhorse Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC Reiner, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>Robert Eringer, an individual, and Skyhorse Publishing, Inc., a Delaware corporation<br><br>    Defendants. | Case No. 2:18-cv-00243-DSF (JPRx)<br><br>**DEFENDANT SKYHORSE'S NOTICE OF ERRATA RE DKT. 93, SKYHORSE'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date: OFF CALENDAR per Court's Order (Dkt. 98)<br>Time: OFF CALENDAR per Court's Order (Dkt. 98)<br><br>Judge: Hon. Judge Dale S. Fischer |

1  Defendant Skyhorse Publishing, Inc.'s ("Skyhorse") respectfully submits this Notice
2  of Errata to correct the document for Dkt. 93. Skyhorse's Cross-Motion to Dismiss
3  for Lack of Subject Matter Jurisdiction, which was filed as part of the same
4  document as Skyhorse's Response to TC Reiner's Motion to Correct Plaintiff's
5  Name (Dkt. 93), erroneously did not include a Notice of Motion. Accordingly,
6  Skyhorse's Cross-Motion to Dismiss for Lack of Subject Matter Jurisdiction will be
7  re-filed with a Notice of Motion. Skyhorse has discussed with the CM/ECF
8  Helpdesk and understands that re-filing using the motion event is necessary to allow
9  future oppositions and replies to be linked to the motion in the ECF system. No
10 changes have been made to the motion. Skyhorse has conferred with counsel for
11 Plaintiff about this errata and counsel for Plaintiff does not object to the filing of this
12 errata.

| | | |
|---|---|---|
| 1 | Dated: May 3, 2019 | Fish & Richardson P.C. |
| 2 | | |
| 3 | | By: */s/ John T. Johnson* |
| 4 | | John T. Johnson, Cal. Bar No. 281609 |
| 5 | | jjohnson@fr.com |
| | | Fish & Richardson P.C. |
| 6 | | 633 West Fifth Street, 26th Floor |
| 7 | | Los Angeles, CA 90071 |
| | | Phone: (213) 533-4240 |
| 8 | | Fax: (858) 678-5099 |
| 9 | | |
| 10 | | Jeffrey C. Mok (admitted *pro hac vice*) |
| | | jmok@fr.com |
| 11 | | Fish & Richardson P.C. |
| 12 | | 601 Lexington Ave., 52nd Floor |
| | | New York, NY 10022 |
| 13 | | Phone: (212) 765-5070 |
| | | Fax: (212) 258-2291 |
| 14 | | |
| 15 | | |
| 16 | | *Attorney for Defendant Skyhorse Publishing, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 3, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ John T. Johnson*
John T. Johnson
jjohnson@fr.com