# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC REINER,<br>      Plaintiff,<br><br>          v.<br><br>ROBERT ERINGER, et al.,<br>      Defendants. | CASE NO. CV 18-243 DSF (JPRx)<br><br>ORDER TO SHOW CAUSE RE DISMISSAL |

     This action was filed in January 2018.  Trial was originally set for May 6, 2019.  In accordance with the Court's Trial Order, the parties submitted pretrial documents in mid-April 2019.  Based on certain occurrences reflected in the record, the trial date was continued.  Effective August 13, 2019, Plaintiff's counsel's motion to withdraw was granted and Plaintiff began representing himself.  On December 27, 2019, the Court ordered the parties to attend a settlement conference and to propose a date for a pretrial conference and trial.  On February 19, 2020, no dates having been proposed, the Court again ordered the parties to propose dates for the pretrial conference and trial.  In the meantime, a settlement conference was held but the matter did not settle.  On June 3, 2020, no dates having been proposed, the Court again ordered the parties to propose dates for the pretrial conference and trial – this time setting a deadline of June 15, 2020.  Again, the parties have failed to comply with the Court's Orders.

     The Court now sets an Order to Show Cause re Dismissal for failure to prosecute this action.  To discharge this Order to Show Cause, Plaintiff should submit, no later than July 30, 2020, jointly proposed dates for a pretrial conference and trial.  The pretrial conference date

must be on a Tuesday that is not a holiday at 3:00 p.m. The trial date must be on a Monday that is not a holiday approximately three or four weeks after the pretrial conference at 8:30 a.m. If the parties cannot agree on dates, Plaintiff is to submit both parties' proposed dates. As it is Plaintiff's responsibility to prosecute this case, failure of Plaintiff to submit a proposed schedule will result in dismissal of the case with prejudice.

   IT IS SO ORDERED.

Date: July 20, 2020

*Dale S. Fischer*
Dale S. Fischer
United States District Judge